IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARAN DENARD TOWLES, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | CASE NO. 5:14-CV-150-MTT |
| : | |
| SUPERINTENDENT SMITH and : | |
| COUNSELOR FOSTER, : | 42 U.S.C. § 1983 |
| : | |
| Defendants. : | |

_____

## O R D E R

Plaintiff Laran Denard Towles, a state prisoner currently confined at Autry State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  In an Order dated June 20, 2014, the Magistrate Judge granted Plaintiff's motion to proceed *in forma pauperis* (Doc. 5) and ordered Plaintiff to pay an initial partial filing fee within twenty-one days.  (Doc. 6.)  Thereafter, on July 23, 2014, the Court ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failing to pay the initial partial filing fee within the allowed time period.  (Doc. 7.)  Plaintiff responded to the show cause order on August 7, 2014, by stating that his aunt had mistakenly paid the initial partial filing fee in "Superior Court" and asking the Court to contact her to resolve the matter.[1]  (Doc. 8.)  As of the date of this Order, Plaintiff has failed to pay the initial partial filing fee as ordered.

WHEREFORE, Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with the Court's order.

---

[1] The Court is not required to contact Plaintiff's aunt on his behalf to ensure that his initial partial filing fee is paid.  It is the sole responsibility of Plaintiff to make certain he has complied with the Court's orders.

SO ORDERED, this 26th day of September, 2014.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT

lws